# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

|  |  |
|---|---|
| Canine Transplant & Apheresis Center, LLC<br>*Plaintiff*<br>v.<br>Nicole Motakef<br>*Defendant, Third-party plaintiff*<br>v.<br>Alexandra Gareau<br>*Third-party defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action  No.  1:25-cv-00328-TRM-CHS

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Alexandra Gareau
3205 Broad St,
Chattanooga, TN 37408

A lawsuit has been filed against defendant   Nicole Motakef   , who as third-party plaintiff is making
this claim against you to pay part or all of what the defendant may owe to the plaintiff Canine Transplant & Apheresis Center, LLC

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a
motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or
defendant's attorney, whose name and address are:

Lela Hollabaugh                                  Nithin Kumar
Bradley Arant Boult Cummings LLP      Kingfisher Law APC
1221 Broadway, Suite 2400                 200 S. Barrington Ave., #492415
Nashville, TN 37203                             Los Angeles, CA 90049

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
K. Chris Collins
Chartwell Law
100 W. Martin Luther King Blvd, Suite 300
Chattanooga, TN 37402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party
complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:   02/20/2026

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.  1:25-cv-00328-TRM-CHS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: